UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MESA UNDERWRITERS SPECIALTY INSURANCE
COMPANY,                                                                    Case No.: 1:25-cv-03631

                Plaintiffs,                                              **STIPULATION OF**
                                                                             **DISMISSAL**

    -against-

STARR INDEMNITY AND LIABILITY
COMPANY,

                Defendant.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all appearing parties pursuant to FRCP 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own fees and costs.

Dated:  New York, New York
            December 31, 2025

| GUNNERCOOKE US LLP | KELLY & CURTIS, PLLC |
|---|---|
| *[signature]* | *[signature]* |
| By: Max W. Gershweir, Esq. | By: Steven R. Shapiro, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 475 Park Avenue South – 23rd Floor | 305 Broadway, Suite 704 |
| New York, New York 10016 | New York, New York 10007 |